BEFORE THE FIRST DIVISION, JULY 20, 1959

**No. 63266.**—Max Eckardt & Sons Division of Thor Corp. et al. v. United States, protests 58/21591, etc. (New York).

Opinion by OLIVER, C. J.  In accordance with stipulation of counsel that the merchandise consists of Christmas tree ornaments the same in all material respects as those the subject of Abstract 61868, the claim of the plaintiffs was sustained.